**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

_____

| | |
|---|---|
| **LUCIANA BELL,** ) | |
| ) | |
| **Plaintiff,** ) | **Civil Action No.: 16-cv-06847** |
| ) | |
| **v.** ) | |
| ) | **STIPULATION OF DISMISSAL** |
| ) | |
| **AMERICAN AIRLINES, INC., et al.** ) | |
| ) | |
| **Defendants.** ) | |
_____)

The parties, by and through their undersigned counsel and pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice, with each side to

bear her and its own attorneys' fees and costs.

Date: February 6, 2018                    Respectfully submitted,


*/s/ Tahanie A. Aboushi*                  */s/ Daniel E. Farrington*
_____          _____
Tahanie A. Aboushi                        Daniel E. Farrington (*pro hac vice*)
The Aboushi Law Firm, PLLC.               Lauren G. Goetzl (*pro hac vice*)
1441 Broadway, Suite 5036                 The Farrington Law Firm, LLC
New York, New York 10018                  7501 Wisconsin Ave., Suite 1220W
Tel. (212) 391-8500                       Bethesda, MD 20814
Fax (212) 391-8508                        Tel. (301) 951-1538
Email: tahanie@aboushi.com                Fax (301) 880-5031
                                          Email: dfarrington@farringtonlaw.com
                                                 lgoetzl@farringtonlaw.com
*Counsel for Plaintiff*

                                          *Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing **STIPULATION OF DISMISSAL** to be filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record on this 6th day of February, 2018:

> Tahanie A. Aboushi
> The Aboushi Law Firm, PLLC.
> 1441 Broadway, Suite 5036
> New York, New York 10018
> tahanie@aboushi.com

> *Attorney for Plaintiff*

> ***/s/ Daniel E. Farrington***
> _____
> Daniel E. Farrington (*pro hac vice*)
> Lauren G. Goetzl (*pro hac vice*)
> The Farrington Law Firm, LLC
> 7501 Wisconsin Ave., Suite 1220W
> Bethesda, MD 20814
> Tel. (301) 951-1538
> Fax (301) 880-5031
> dfarrington@farringtonlaw.com
> lgoetzl@farringtonlaw.com

> *Counsel for Defendants*